# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 443 |
| | : | |
| REAPPOINTMENT TO THE MINOR | : | MAGISTERIAL RULES DOCKET |
| JUDICIARY EDUCATION BOARD | : | |
| | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 25th day of June, 2020, Magisterial District Judge Richard G. King, Allegheny County, is hereby reappointed as a member of the Minor Judiciary Education Board for a term of three years, commencing July 1, 2020.